cat / div: 2241/530/miami
Case # _____
Judge _____ Mag. PAW
Motn Ifp  no    Fee pd $ no
Receipt # _____

FILED by ___ D.C.
FEB 21 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

# FORM TO BE USED BY FEDERAL PRISONERS IN FILING A PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 §2241

IN THE SOUTHERN DISTRICT OF FLORIDA
UNITED STATES DISTRICT COURT
MIAMI DIVISION

Edwin Rivera,
                                    Petitioner,

_____

_____

(Address or place of confinement and prison number. Full name which you were convicted under)

vs.                                              Case No. _____

Rob Wilson, Warden, FCI-Miami
                                    Respondent,

_____

_____

(Address or place of confinement and prison number. Full name which you were convicted under)

PLEASE COMPLETE THE FOLLOWING: (check appropriate number)

This petition concerns:

1.  a. _____ a conviction.
    b.  Execution of Sentence   a sentence.
    c. _____ jail or prison conditions.
    d. _____ prison discipline.
    e. _____ a parole problem.
    f. _____ other.

1

2. Place of detention __Federal Correctional Institution (FCI-Miami)__

3. Name and location of court which imposed sentence __United States District Court Southern District of Florida__

4. The indictment number or numbers (if known) upon which, and the offense or offenses for which, sentence was imposed:
   (a) __Conspiracy to Distribute Five or More Kilograms of Cocaine and__
   (b) __One or More Kilograms of Herion__
   (c) ____

5. The date upon which sentence was imposed and the terms of the sentence:
   (a) __September 1, 2004__
   (b) ____
   (c) ____

6. Check whether a finding of guilty was made:
   (a) After a plea of guilty __Plea__
   (b) After a plea of not guilty ____
   (c) After a plea of nolo contendere ____

7. If you were found guilty after a plea of not guilty, check whether that finding was made:
   (a) a jury ____
   (b) a judge without a jury ____

8. Did you appeal from the judgment of conviction or the imposition of sentence?
   ( ) Yes        (*) No

9. If you did appeal, give the following information for each appeal:
   a.   (1) Name of Court ____
        (2) Result ____
        (3) Date of Results ____
        (4) Citation or Number of Opinion ____
        (5) Grounds raised (list each)
            (a) ____
            (b) ____
            (c) ____
            (d) ____

2

  **b.**  (1) Name of Court _____

    (2) Result _____

    (3) Date of Results _____

    (4) Citation or Number of Opinion _____

    (5) Grounds raised (list each)

      (a)_____

      (b)_____

      (c)_____

      (d)_____

    **CAUTION:**  **If you are attacking a sentence imposed under a federal judgment, you must first file a direct appeal or motion under 28 U.S.C § 2255 in the federal court which entered the judgment.**

**10.**  State **CONCISELY** every ground on which you claim that you are being held unlawfully. Summarize **briefly** the **facts** supporting each ground. If necessary, attach a **Single** page only behind this page.

    **CAUTION:**  **If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.**

  **a. Ground One**  (See Memorandum of Law Attached)_____

  _____

  Supporting **FACTS** (tell your story **BRIEFLY** without citing cases or law).

    **CAUTION:**  **You must state facts not conclusions in support of your grounds. A rule of thumb to follow is – who did exactly what to violate your rights at what time or place.**

    _____(See Memorandum of Law Attached)_____

    _____
    _____
    _____
    _____
    _____

**b.** Ground Two _____

Supporting **FACTS** (tell your story **BRIEFLY** without citing cases or law).

_____
_____
_____
_____
_____
_____
_____

**c.** Ground Three _____

Supporting **FACTS** (tell your story **BRIEFLY** without citing cases or law).

_____
_____
_____
_____
_____
_____
_____

**d.** Ground Four _____

Supporting **FACTS** (tell your story **BRIEFLY** without citing cases or law).

_____
_____
_____
_____
_____
_____
_____

11. Have you filed previous petitions for habeas corpus, motions under Section 2241 of Title 28, United States Code, or any other applications, petitions or motions with respect to this conviction?
    ( ) Yes      (*) No

12. If your answer to question number 11 was "yes", give the following information:
    a.  (1) Name of Court _____
        (2) Nature of Proceeding _____
        (3) Grounds Raised _____
        _____
        _____
        _____
        (4) Result _____
        (5) Date of Result _____
        (6) Citation or number of any written opinion or order entered pursuant to each such disposition.
        _____

    b.  (1) Name of Court _____
        (2) Nature of Proceeding _____
        (3) Grounds Raised _____
        _____
        _____
        _____
        (4) Result _____
        (5) Date of Result _____
        (6) Citation or number of any written opinions or orders entered pursuant to each such disposition.
        _____

13. If you did not file a motion under Section 2255 of Title 28, United States Code, or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:
    **(This Appeal is the Execution of my Sentence)**

5

Are you presently represented by counsel?
( ) Yes        (**) No

If so, name address and telephone number _____
_____

Case name and court _____
_____

If you are seeking leave to proceed in forma pauperis, have you completed the declaration setting forth the required information? :    ( ) Yes    ( ) No

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

Signed this __11 Th F.__ day of __Febuary__, 20 _13_

_____
(Signature of Petitioner)

## Declaration

_____ declare under penalty of perjury that I have read and subscribe the above and state that the information contained therein is true and correct to the best of my knowledge.

Executed _____ at _____
         (date)                (place)

_____
(Signature of Petitioner)

_____
Signature of Attorney (if any)

6

Date: 02/19/2013
Time: 11:28:10 AM

Federal Bureau of Prisons
TRUFACS
**Inmate Withdrawal Details Report**
Sensitive But Unclassified

Facility: MIA

Transaction Report

Inmate Reg. Number: 70537004
Inmate Name: RIVERA, EDWIN
Date/Time: 02/15/2013 12:51:16 PM
System Transaction #: 2694052
Withdrawal Type: Court Fees
Amount: ($5.00)
Reference #: 1352
YREGDOC #:
Payment #: 1051
User Id: TF31429
Monthly Withdrawal: No
Check Memo:
Comments: Trulincs 199 Request

Payee First Name: U S
Payee Last Name: District Court
Payee Address 1: 400 N MIAMI AVE
Payee Address 2: Southern District of Fla.
Payee City: MIAMI
Payee State: Florida
Payee Zip: 33128-7718
Payee Country: United States
Bank Routing #:
Account #:
Account Type:

Attn: The Court will directly receive from the Treasury Dept. a check in the amount of $5.00 from Edwin Rivera, inmate number 70537-004, for payment of Court Fees.

Workstation ID: MIA-W7-7PXPJK1

User ID: TF31166

Page 1 of 1